**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-01242-REB-BNB

JACK H. ALLISON,

      Plaintiff,

v.

JUDY L. GOEBEL,
JEFFERSON COUNTY, COLORADO, by and through the JEFFERSON COUNTY
BOARD OF COUNTY COMMISSIONERS,
COMMISSIONER JIM CONGROVE, in his official capacity as a County Commissioner,
COMMISSIONER KATHY HARTMAN, in her official capacity as a County
Commissioner, and
COMMISSIONER KEVIN McCASKY, in his official capacity as a County Commissioner,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulated Motion To Dismiss With Prejudice** [#31], filed October 5, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#31], filed October 5, 2007, is **GRANTED**;

2. That any pending motion is **DENIED** as moot; and

3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 5, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**